UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-cv-62237-ALTMAN/Hunt

**KEDEN FULLER**,
*individually and on behalf of all others similarly situated,*

    *Plaintiff*,

v.

**USAA GENERAL INDEMNITY COMPANY**,

    *Defendant.*
_____/

## ORDER

The parties notified the Court that they've settled this case. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. This case is administratively **CLOSED without prejudice** to the parties. The parties shall file a stipulation of dismissal by **December 23, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 23, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record